# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Kathleen Givens**

Docket No. 04-00296-001

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Kathleen Givens, who was placed on supervision by the Honorable Gary L. Lancaster, sitting in the Court at Pittsburgh, Pennsylvania, on the 23rd day of September 2005, who fixed the period of supervision at two years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay a $525 special assessment.
- The defendant shall pay restitution to the Social Security Administration in the amount of $48,752 (to be paid at at a rate of $10 a month).
- The defendant shall provide access to requested financial information.,
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless in compliance with the payment schedule.

**09-23-05:**   Passing a Forged Treasury Check; 2 years' probation; Currently supervised by U.S. Probation Officer Romona Clark.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant pays an average of $10 a month toward the special assessment. There remains an outstanding balance of $325. Documentation received from the Social Security Administration reveals that restitution payments are being deducted from the defendant's social security benefit check at a rate of $200 per month. The deductions will continue until the debt is satisfied. Payments total $6,186, leaving a balance of $42,566. It appears appropriate to close the case with outstanding financial obligations.

PRAYING THAT THE COURT WILL ORDER that the term of supervision imposed at Criminal No. 04-00296-001 be allowed to expire as scheduled on September 22, 2007, with the special assessment and restitution due and owing and the case be closed.

---

**ORDER OF COURT**

Considered and ordered this _18_ day of _June_, 2007, and ordered filed and made a part of the records in the above case.

_____
Gary L. Lancaster
U.S. District Judge

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     June 14, 2007

_Romona Clark_
Romona Clark
U.S. Probation Officer

_____
Paul J. Dippolito
Supervising U.S. Probation Officer

Place:          Pittsburgh, Pennsylvania